No. 55590.—Fung Chong & Co. et al. v. United States, protests 980851–G, etc. (San Francisco).

Opinion by COLE, J. The protests were dismissed.

No. 55591.—A. Schulman, Inc. v. United States, protests 134174–K, etc. (Cleveland).

Opinion by COLE, J. The protests were dismissed.

No. 55592.—M. E. Dey & Company, Inc. v. United States, protest 167094–K (Milwaukee).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55593.—The Shell Co. (Porto Rico), Limited v. United States, protest 167799–K (San Juan).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55594.—Gallagher and Ascher Company v. United States, protest 168092–K/3162 (Chicago).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, MAY 29, 1951

No. 55595.—Akawo & Co., Ltd., et al. v. United States, protests 465258–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

No. 55596.—Ratsey & Lapthorn, Inc., et al. v. United States, protests 772742–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.